**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHERYLNN MACDONALD,

    Plaintiff,

v.                                                 Case No. 12-CV-12048
                                                                  Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**JUDGMENT**

    **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date June 26, 2013, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

    Dated at Detroit, Michigan this 26th day of June, 2013.

                                                                                           DAVID J. WEAVER
                                                                                           CLERK OF THE COURT

                                                                                           BY: s/ Richard Loury

APPROVED:

s/ Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 26, 2013, by electronic and/or ordinary mail.

                                                S/LaShawn R. Saulsberry
                                                Case Manager