UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYLNN MACDONALD,

    Plaintiff,

v.                                                          Case No. 12-CV-12048
                                                          Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date June 26, 2013, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan this 26th day of June, 2013.

                                                                          DAVID J. WEAVER
                                                                          CLERK OF THE COURT

                                                                          BY: s/ Richard Loury

APPROVED:

s/ Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 26, 2013, by electronic and/or ordinary mail.

                                                    S/LaShawn R. Saulsberry
                                                    Case Manager